# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: PERRY, JOSEPH C. | § Case No. 11-81251 |
| PERRY, PENELOPE L. | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

  Clerk of The U S Bankruptcy Court
  211 South Court Street
  Rockford IL 61101

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 01:00PM on 12/21/2011 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  11/16/2011           By:  /s/BERNARD J. NATALE
                                                          Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: PERRY, JOSEPH C.<br>PERRY, PENELOPE L.<br><br>Debtor(s) | § Case No. 11-81251<br>§<br>§<br>§ |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $    23,012.23 |
| *and approved disbursements of* | $         77.42 |
| *leaving a balance on hand of* [1] | $    22,934.81 |
| **Balance on hand:** | $    22,934.81 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Cook County Treasurer's Office | 1,228.39 | 1,228.39 | 0.00 | 0.00 |
| 2S | Premier Credit Union | 521.05 | 521.05 | 0.00 | 0.00 |
| 8 | Charlotte County Tax Collector | 6,310.55 | 6,310.55 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $         0.00 |
| Remaining balance: | $    22,934.81 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 3,051.22 | 0.00 | 3,051.22 |
| Attorney for Trustee, Expenses - ATTY. BERNARD J. NATALE | 2,317.50 | 0.00 | 2,317.50 |
| Attorney for Trustee Expenses - BERNARD J. NATALE, LTD. | 18.62 | 0.00 | 18.62 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $     5,387.34 |
| Remaining balance: | $    17,547.47 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $       0.00
Remaining balance:   $   17,547.47

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $       0.00
Remaining balance:   $   17,547.47

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 105,727.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2U | Premier Credit Union | 2,660.97 | 0.00 | 441.64 |
| 3 | Real Time Resolutions, Inc. | 25,644.42 | 0.00 | 4,256.17 |
| 4 | Capital One, N.A. | 239.19 | 0.00 | 39.70 |
| 5 | Chase Bank USA, N.A. | 23,530.59 | 0.00 | 3,905.34 |
| 6 | Chase Bank USA, N.A. | 28,895.87 | 0.00 | 4,795.81 |
| 7 | American Express Centurion Bank | 516.11 | 0.00 | 85.66 |
| 9 | American Express Centurion Bank | 326.67 | 0.00 | 54.22 |
| 10 | Illinois Bell Telephone Co | 167.70 | 0.00 | 27.83 |
| 11 | PYOD LLC assignee of Citibank | 16,998.45 | 0.00 | 2,821.21 |
| 12 | Southwestern Bill Telephone Co | 139.78 | 0.00 | 23.20 |

**UST Form 101-7-NFR (10/1/2010)**

| 13 | PYOD LLC assignee of Citibank | 6,607.82 | 0.00 | 1,096.69 |

Total to be paid for timely general unsecured claims: $ 17,547.47
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

                                                                      **Prepared By:** /s/BERNARD J. NATALE
                                                                                                Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-81251-MB
Joseph C. Perry                                                         Chapter 7
Penelope L. Perry
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3             User: froman               Page 1 of 3              Date Rcvd: Nov 23, 2011
                                 Form ID: pdf006            Total Noticed: 66

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 25, 2011.
```
db/jdb       +Joseph C. Perry,    Penelope L. Perry,    2607 Wyndsong Court,    Crystal Lake, IL 60012-1282
17734771     +% AT&T Services Inc.,    James Grudus, Esq.,    One AT&T Way, Room 3A218,
               Bedminster, NJ 07921-2693
17019073      AT & T,   P. O. Box 8100,    Aurora, IL 60507-8100
17019074      AT&T,   P. O. Box 5001,    Carol Stream, IL 60197-5001
17019067      American Express,    P. O. Box 0001,   Los Angeles, CA 90096-8000
17513440      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
17019068      American Home Mortgage,    P. O. Box 660029,    Dallas, TX 75266-0029
17019069     +American Home Mortgage Service,    10440 Little Patuxent Parkway,    Columbia, MD 21044-3561
17019070     +American Home Mortgage Servicee,    10440 Little Patuxent Parkway,    Columbia, MD 21044-3561
17019071     +Aqua Homeowners Association,    157 E. Briarwood Lane,    Palatine, IL 60067-7501
17019072      Arrow Environmental Services,    P. O. Box 600730,    Jacksonville, FL 32260-0730
17019075      Barrington Specialists,    P. O. Box 215,    Fox River Grove, IL 60021-0215
17473231     +Cameorn Co ID #06,    c/o Diane W. Sanders,    Linebarger Goggan Blair & Sampson, LLP,
               PO BOX 17428,    Austin, TX 78760-7428
17242736     +Cameron Co ID #06,    c/o Diane W. Sanders,    Linebarger Goggan Blair & Sampson, LLP,
               PO BOX 17428,    Austin, TX 78760-7428
17242737     +Cameron County,    c/o Diane W. Sanders,    Linebarger Goggan Blair & Sampson, LLP,   PO BOX 17428,
               Austin, TX 78760-7428
17019076      Cameron County Tax Office,    P. O. Box 952,    Brownsville, TX 78522-0952
17019077     +Campion, Curran, Dunlop &Cunabaugh,    8600 US Highway 14,    Crystal Lake, IL 60012-2700
17019078     +Campion, Curran, Dunlop, Lamb &Cunabaugh,    8600 US Highway 14,    Crystal Lake, IL 60012-2700
17019079     +Campion, Curran, Dunlop, Lamb &Cunabaugh,    8600 US Highway 14, Suite 102,
               Crystal Lake, IL 60012-2700
17506271     +Capital One, N.A.,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,   Dallas, TX 75374-0933
17019081     +Charlotte County Tax Collector,    18500 Murdock Circle,    Port Charlotte, FL 33948-1075
17512860      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17019083      Chase Card Services,    P. O. Box 15153,    Wilmington, DE 19886-5153
17019084     +Children's Memorial Hospital,    c/o NCO Financial Systems, Inc.,    3005 Grape Road, Suite A,
               Mishawake, IN 46545-2709
17019085      Citi Cards,   P. O. Box 688901,    Des Moines, IA 50368-8901
17019086     +Citibank,   Attention: Centralized Bankruptcy,    P. O. Box 20507,    Kansas City, MO 64195-0507
17019087     +Comcast,   5205 Fruitville Road,    Sarasota, FL 34232-2297
17019088     +Cook County Treasurer,    P. O. Box 4488,    Carol Stream, IL 60197-4488
17263100     +Cook County Treasurer's Office,    Legal Department,    118 North Clark Street - Room 112,
               Chicago, IL 60602-1332
17019089     +Dale Dunn 'That Weed Guy',    P. O. Box 1212,    Crystal Lake, IL 60039-1212
17019090     +Doubleday Book Club,    P. O. Box 916400,    Rantoul, IL 61866-6400
17019093      Good Shepherd Hospital,    P. O. Box 70014,    Chicago, IL 60673-0001
17019094     +Health Bridge Fitness Center,    200 E. Congress Parkway,    Crystal Lake, IL 60014-6268
17019095     +Home State Bank,    40 Grant Street,    Crystal Lake, IL 60014-4367
17019096     +Horizon Gas,    13325A Tamiami Tr,   North Port, FL 34287-2183
17686551     +ILLINOIS BELL TELEPHONE COMPANY,    %AT&T SERVICES INC.,    JAMES GRUDUS, ESQ.,
               ONE AT&T WAY, ROOM 3A218,    BEDMINSTER, NJ 07921-2693
17019098     +Laguna Madre Water District,    105 Port Road,    Port Isabel, TX 78578-2404
17019100     +McHenry County Clerk,    2200 N. Seminary Avenue,    Woodstock, IL 60098-2698
17019101     +McHenry Radiologist & Imaging Assoc,    c/o A/R Concepts,    33 W. Higgins Road, Suite 715,
               South Barrington, IL 60010-9103
17019102     +Moraine Emergency Physicians,    c/o NCO Financial Systems,    507 Prudential Road,
               Horsham, PA 19044-2308
17019104      Pediatric Anesthesia Associates,    c/o Medical Business Bureau, LLC,    P. O. Box 1219,
               Park Ridge, IL 60068-7219
17019105      Pioneer Telephone,    P. O. Box 11018,    Lewiston, ME 04243-9469
17019106     +Premier Credit Union,    1212 W. Northwest Highway,    Palatine, IL 60067-1897
17019107     +Property Solutions,    901 North Leavitt Street,    Chicago, IL 60622-5124
17469629    ++REAL TIME RESOLUTIONS INC,    PO BOX 36655,    DALLAS TX 75235-1655
             (address filed with court: Real Time Resolutions, Inc.,     1750 Regal Row Ste. # 120,
               Dallas, TX 75235)
17019108      Reliant Energy,   P. O. Box 650475,    Dallas, TX 75265-0475
17019109      Reliant Engery,   P. O. Box 650475,    Dallas, TX 75265-0475
17019111     +The Village of Gurnee,    325 North O'Plaine Road,    Gurnee, IL 60031-2610
17019112      Time Warner Cable,    c/o Credit Management,    P. O. Box 118288,   Carrollton, TX 75011-8288
17019113      Time Warner Cable,    P. O. Box 650047,    Dallas, TX 75265-0047
17019114      Tri-County Emergency Physicians, Ltd.,    P. O. Box 98,    Barrington, IL 60011-0098
17019118    ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICA S SERVICING CO,    ATTN BANKRUPTCY DEPT,
               MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Home Mortgage,     8480 Stagecoach Circle,
               Frederick, MD 21701)
17019115      Wellington Radiology Group, SC,    39006 Treasurey Ctr.,    Chicago, IL 60694-9000
17019116      Wellington Radiology Group, SC,    39006 Treasury Ctr.,    Chicago, IL 60694-9000
17104008     +Wells Fargo Bank NA,    Andrew J Nelson,    Pierce & Associates PC,   1 North Dearborn Suite 1300,
               Chicago IL 60602-4373
17019117     +Wells Fargo Home Mortgage,    P. O. Box 5296,    Carol Stream, IL 60197-5296
```

```
District/off: 0752-3          User: froman               Page 2 of 3                  Date Rcvd: Nov 23, 2011
                              Form ID: pdf006            Total Noticed: 66
```

```
17019066     +William Perry,    22278 W. Brookside Way,    Barrington, IL 60010-5957
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17019080      E-mail/Text: bklaw2@centurylink.com Nov 24 2011 04:22:58      Century Link,   c/o Embarq,
               P. O. Box 96064,    Charlotte, NC 28296-0064
17019082      E-mail/Text: amanda.barber@charlottefl.com Nov 24 2011 03:13:45       Charlotte County Utilities,
               P. O. Box 516000,    Punta Gorda, FL 33951-6000
17019091     +E-mail/Text: Bankruptcy@fpl.com Nov 24 2011 03:14:14      Florida Power & Light Company,
               P. O. Box 025576,    Miami, FL 33102-5576
17019092     +E-mail/Text: snelson@snyderpark.com Nov 24 2011 03:10:43       Ford Motor Credit Corporation,
               c/o Steven Nelson,    1600 4th AVe Ste 200,    Rock Island, IL 61201-8632
17019097      E-mail/PDF: cr-bankruptcy@kohls.com Nov 24 2011 05:22:30      Kohl’s,   P. O. Box 2983,
               Milwaukee, WI 53201-2983
17019099      Fax: 847-227-2151 Nov 24 2011 04:06:32      Lake/McHenry Pathology Associates,
               c/o Medical Recovery Specialists, Inc.,     2250 E. Devon Avenue, Suite 352,
               Des Plaines, IL 60018-4519
17019103      Fax: 847-227-2151 Nov 24 2011 04:06:32      Northshore University Health System,
               c/o Medical Recovery Specialists, Inc.,     2250 E. Devon Avenue, Suite 352,
               Des Plaines, IL 60018-4519
17696587     +E-mail/Text: resurgentbknotifications@resurgent.com Nov 24 2011 03:09:59
               PYOD LLC its successors and assigns as assignee of,     Citibank, NA,
               c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
17019110     +E-mail/Text: ndaily@ksnlaw.com Nov 24 2011 03:15:34       Stonebrook Estates Homeowners Associatio,
               c/o Kovitz, Shifrin Nesbit,    750 Lake Cook Road, Suite 350,    Buffalo Grove, IL 60089-2088
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17653905*      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
17473227*     +Cameron County,    c/o Diane W. Sanders,    Linebarger Goggan Blair & Sampson, LLP,   PO BOX 17428,
               Austin, TX 78760-7428
17473230*     +Cameron County,    c/o Diane W. Sanders,    Linebarger Goggan Blair & Sampson, LLP,   PO BOX 17428,
               Austin, TX 78760-7428
17473349*     +Cameron County,    c/o Diane W. Sanders,    Linebarger Goggan Blair & Sampson, LLP,   PO BOX 17428,
               Austin, TX 78760-7428
                                                                                   TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 25, 2011**          **Signature:**    _Joseph Speetjens_

```
District/off: 0752-3          User: froman              Page 3 of 3                  Date Rcvd: Nov 23, 2011
                              Form ID: pdf006           Total Noticed: 66
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2011 at the address(es) listed below:

```
          Andrew J Nelson    on behalf of Creditor   WELLS FARGO BANK anelson@atty-pierce.com,
           northerndistrict@atty-pierce.com
          Bernard J Natale    on behalf of Trustee Bernard Natale natalelaw@bjnatalelaw.com
          Bernard J Natale    natalelaw@bjnatalelaw.com, IL42@ecfcbis.com
          Lydia Y Siu    on behalf of Creditor   Wells Fargo Bank, N.A. lsiu@atty-pierce.com,
           northerndistrict@atty-pierce.com
          Maura K. McKeever    on behalf of Debtor Joseph Perry mmckeever@mkm-law.com,  mkmlawBK@gmail.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Scott E Hillison    on behalf of Trustee Bernard Natale mmagnuson@bjnatalelaw.com
          Steven L Nelson    on behalf of Creditor   Ford Motor Credit Company LLC snelson@snyderpark.com
          Susan J. Notarius    on behalf of Creditor   American Home Mortgage Servicing, Inc.
           snotarius@Klueverplatt.com
          Timothy R Yueill    on behalf of Creditor   Deutsche Bank National Trust Company
           timothyy@nevellaw.com
                                                                                             TOTAL: 10
```