# AMENDED DISTRIBUTION REPORT
# FINAL DISTRIBUTION

**Case Number:** 11-81251  
**Debtor Name:** PERRY, JOSEPH C.

Page: 1

**Date:** December 21, 2011  
**Time:** 01:55:51 PM

| Claim # | Payee Name | Claim Type | Amount Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---:|---:|---:|---:|---:|
|  | Funds on Hand |  |  |  |  |  | $22,935.12 |
| EXP | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 18.62 | 0.00 | 18.62 | 18.62 | 22,916.50 |
| ATTY | ATTY. BERNARD J. NATALE | Admin Ch. 7 | 2,317.50 | 0.00 | 2,317.50 | 2,317.50 | 20,599.00 |
| TRTE | BERNARD J. NATALE | Admin Ch. 7 | 3,051.22 | 0.00 | 3,051.22 | 3,051.22 | 17,547.78 |
|  | SUBTOTAL FOR | ADMIN CH. 7 | 5,387.34 | 0.00 | 5,387.34 | 5,387.34 |  |
| 1 | Cook County Treasurer's Office | Secured | 1,228.39 | 0.00 | 1,228.39 | 0.00 | 17,547.78 |
| 2S | Premier Credit Union | Secured | 521.05 | 0.00 | 521.05 | 0.00 | 17,547.78 |
| 8 | Charlotte County Tax Collector | Secured | 6,310.55 | 0.00 | 6,310.55 | 0.00 | 17,547.78 |
|  | SUBTOTAL FOR | SECURED | 8,059.99 | 0.00 | 8,059.99 | 0.00 |  |
| 2U | Premier Credit Union | Unsecured | 2,660.97 | 0.00 | 2,660.97 | 441.66 | 17,106.12 |
| 3 | Real Time Resolutions, Inc. | Unsecured | 25,644.42 | 0.00 | 25,644.42 | 4,256.24 | 12,849.88 |
| 4 | Capital One, N.A. | Unsecured | 239.19 | 0.00 | 239.19 | 39.70 | 12,810.18 |
| 5 | Chase Bank USA, N.A. | Unsecured | 23,530.59 | 0.00 | 23,530.59 | 3,905.41 | 8,904.77 |
| 6 | Chase Bank USA, N.A. | Unsecured | 28,895.87 | 0.00 | 28,895.87 | 4,795.89 | 4,108.88 |
| 7 | American Express Centurion Bank | Unsecured | 516.11 | 0.00 | 516.11 | 85.66 | 4,023.22 |
| 9 | American Express Centurion Bank | Unsecured | 326.67 | 0.00 | 326.67 | 54.22 | 3,969.00 |
| 10 | Illinois Bell Telephone Co | Unsecured | 167.70 | 0.00 | 167.70 | 27.83 | 3,941.17 |
| 11 | PYOD LLC assignee of Citibank | Unsecured | 16,998.45 | 0.00 | 16,998.45 | 2,821.26 | 1,119.91 |
| 12 | Southwestern Bill Telephone Co | Unsecured | 139.78 | 0.00 | 139.78 | 23.20 | 1,096.71 |
| 13 | PYOD LLC assignee of Citibank | Unsecured | 6,607.82 | 0.00 | 6,607.82 | 1,096.71 | 0.00 |
|  | SUBTOTAL FOR | UNSECURED | 105,727.57 | 0.00 | 105,727.57 | 17,547.78 |  |
| **<< Totals >>** |  |  | 119,174.90 | 0.00 | 119,174.90 | 22,935.12 |  |

*NOTE: Final distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this final distribution.

| | |
|---|---:|
| **Administrative-Ch7** | 100.000000% |
| **Secured** | 0.000000% |
| **Unsecured** | 16.597166% |