**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: PERRY, JOSEPH C. | § Case No. 11-81251 |
| PERRY, PENELOPE L. | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $2,449,251.27             Assets Exempt:   $39,300.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $17,547.78      Claims Discharged
                                                 Without Payment:  $132,635.70

Total Expenses of Administration: $5,464.76

---

3) Total gross receipts of $    23,012.54    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      0.00    (see **Exhibit 2**), yielded net receipts of $23,012.54 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $2,376,768.88 | $8,059.99 | $8,059.99 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,464.76 | 5,464.76 | 5,464.76 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 22,225.02 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 99,974.45 | 105,727.57 | 105,727.57 | 17,547.78 |
| **TOTAL DISBURSEMENTS** | $2,498,968.35 | $119,252.32 | $119,252.32 | $23,012.54 |

4) This case was originally filed under Chapter 7 on March 25, 2011. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/23/2012          By: /s/BERNARD J. NATALE
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Global Settlement - Non-Exempt Assets | 1229-000 | 23,012.00 |
| Interest Income | 1270-000 | 0.54 |
| **TOTAL GROSS RECEIPTS** | | **$23,012.54** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cook County Treasurer's Office | 4110-000 | 1,169.59 | 1,228.39 | 1,228.39 | 0.00 |
| 2S | Premier Credit Union | 4110-000 | 742.00 | 521.05 | 521.05 | 0.00 |
| 8 | Charlotte County Tax Collector | 4110-000 | 6,121.23 | 6,310.55 | 6,310.55 | 0.00 |
| NOTFILED | American Home Mortgage Service | 4110-000 | 23,764.00 | N/A | N/A | 0.00 |
| NOTFILED | American Home Mortgage | 4110-000 | 461,568.06 | N/A | N/A | 0.00 |
| NOTFILED | American Home Mortgage | 4110-000 | 239,605.46 | N/A | N/A | 0.00 |
| NOTFILED | Home State Bank | 4110-000 | 220,489.11 | N/A | N/A | 0.00 |
| NOTFILED | Ford Motor Credit Corporation National | 4110-000 | 10,460.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Home Mortgage | 4110-000 | 320,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Home Mortgage | 4110-000 | 319,356.43 | N/A | N/A | 0.00 |
| NOTFILED | Home State Bank | 4110-000 | 107,139.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| NOTFILED | Wells Fargo Home Mortgage | 4110-000 | 615,000.00 | N/A | N/A | 0.00 |
| NOTFILED | American Home Mortgage Servicee | 4110-000 | 50,954.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $2,376,768.88 | $8,059.99 | $8,059.99 | $0.00 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 18.62 | 18.62 | 18.62 |
| ATTY. BERNARD J. NATALE | 3120-000 | N/A | 2,317.50 | 2,317.50 | 2,317.50 |
| BERNARD J. NATALE | 2100-000 | N/A | 3,051.22 | 3,051.22 | 3,051.22 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 26.68 | 26.68 | 26.68 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.74 | 25.74 | 25.74 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 5,464.76 | 5,464.76 | 5,464.76 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | McHenry County Clerk | 5200-000 | 20,114.90 | N/A | N/A | 0.00 |
| NOTFILED | Cameron County Tax Office | 5200-000 | 1,055.06 | N/A | N/A | 0.00 |
| NOTFILED | Cameron County Tax Office | 5200-000 | 1,055.06 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 22,225.02 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2U | Premier Credit Union | 7100-000 | 2,452.35 | 2,660.97 | 2,660.97 | 441.66 |
| 3 | Real Time Resolutions, Inc. | 7100-000 | N/A | 25,644.42 | 25,644.42 | 4,256.24 |
| 4 | Capital One, N.A. | 7100-000 | N/A | 239.19 | 239.19 | 39.70 |
| 5 | Chase Bank USA, N.A. | 7100-000 | 23,530.59 | 23,530.59 | 23,530.59 | 3,905.41 |
| 6 | Chase Bank USA, N.A. | 7100-000 | 28,895.87 | 28,895.87 | 28,895.87 | 4,795.89 |
| 7 | American Express Centurion Bank | 7100-000 | N/A | 516.11 | 516.11 | 85.66 |
| 9 | American Express Centurion Bank | 7100-000 | 456.11 | 326.67 | 326.67 | 54.22 |
| 10 | Illinois Bell Telephone Co | 7100-000 | 167.70 | 167.70 | 167.70 | 27.83 |
| 11 | PYOD LLC assignee of Citibank | 7100-000 | 16,134.00 | 16,998.45 | 16,998.45 | 2,821.26 |
| 12 | Southwestern Bill Telephone Co | 7100-000 | 80.96 | 139.78 | 139.78 | 23.20 |
| 13 | PYOD LLC assignee of Citibank | 7100-000 | 6,025.98 | 6,607.82 | 6,607.82 | 1,096.71 |
| NOTFILED | McHenry Radiologist & Imaging Assoc c/o A/R | 7100-000 | 22.10 | N/A | N/A | 0.00 |
| NOTFILED | Lake/McHenry Pathology Associates c/o Medical | 7100-000 | 17.90 | N/A | N/A | 0.00 |
| NOTFILED | Moraine Emergency Physicians c/o NCO Financial Systems | 7100-000 | 1,090.00 | N/A | N/A | 0.00 |
| NOTFILED | Laguna Madre Water District | 7100-000 | 152.09 | N/A | N/A | 0.00 |
| NOTFILED | Wellington Radiology Group, SC | 7100-000 | 17.90 | N/A | N/A | 0.00 |
| NOTFILED | Laguna Madre Water District | 7100-000 | 120.98 | N/A | N/A | 0.00 |
| NOTFILED | Health Bridge Fitness Center | 7100-000 | 156.00 | N/A | N/A | 0.00 |
| NOTFILED | Good Shepherd Hospital | 7100-000 | 3,340.00 | N/A | N/A | 0.00 |
| NOTFILED | Horizon Gas | 7100-000 | 59.36 | N/A | N/A | 0.00 |
| NOTFILED | Northshore University Health System c/o Medical Recovery | 7100-000 | 28.90 | N/A | N/A | 0.00 |
| NOTFILED | Kohl's | 7100-000 | 239.19 | N/A | N/A | 0.00 |
| NOTFILED | Pediatric Anesthesia Associates c/o Medical | 7100-000 | 54.08 | N/A | N/A | 0.00 |
| NOTFILED | Time Warner Cable c/o Credit Management | 7100-000 | 183.58 | N/A | N/A | 0.00 |
| NOTFILED | Time Warner Cable | 7100-000 | 368.47 | N/A | N/A | 0.00 |
| NOTFILED | The Village of Gurnee | 7100-000 | 52.63 | N/A | N/A | 0.00 |
| NOTFILED | Tri-County Emergency Physicians, Ltd. | 7100-000 | 25.00 | N/A | N/A | 0.00 |
| NOTFILED | Florida Power & Light Company | 7100-000 | 77.96 | N/A | N/A | 0.00 |
| NOTFILED | Wellington Radiology Group, SC | 7100-000 | 406.00 | N/A | N/A | 0.00 |
| NOTFILED | Reliant Engery | 7100-000 | 1,404.30 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Reliant Energy | 7100-000 | 1,465.52 | N/A | N/A | 0.00 |
| NOTFILED | Pioneer Telephone | 7100-000 | 119.15 | N/A | N/A | 0.00 |
| NOTFILED | Stonebrook Estates Homeowners Associatio c/o | 7100-000 | 1,573.11 | N/A | N/A | 0.00 |
| NOTFILED | Reliant Engery | 7100-000 | 1,394.46 | N/A | N/A | 0.00 |
| NOTFILED | Arrow Environmental Services | 7100-000 | 335.14 | N/A | N/A | 0.00 |
| NOTFILED | Aqua Homeowners Association | 7100-000 | 529.12 | N/A | N/A | 0.00 |
| NOTFILED | Children's Memorial Hospital c/o NCO Financial Systems, | 7100-000 | 526.21 | N/A | N/A | 0.00 |
| NOTFILED | Charlotte County Utilities | 7100-000 | 77.31 | N/A | N/A | 0.00 |
| NOTFILED | Comcast | 7100-000 | 163.04 | N/A | N/A | 0.00 |
| NOTFILED | Campion, Curran, Dunlop, Lamb &Cunabaugh | 7100-000 | 53.00 | N/A | N/A | 0.00 |
| NOTFILED | Dale Dunn "That Weed Guy" | 7100-000 | 158.25 | N/A | N/A | 0.00 |
| NOTFILED | Campion, Curran, Dunlop, Lamb &Cunabaugh | 7100-000 | 6,580.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 93.20 | N/A | N/A | 0.00 |
| NOTFILED | Aqua Homeowners Association | 7100-000 | 529.12 | N/A | N/A | 0.00 |
| NOTFILED | Barrington Specialists | 7100-000 | 25.00 | N/A | N/A | 0.00 |
| NOTFILED | Doubleday Book Club | 7100-000 | 187.32 | N/A | N/A | 0.00 |
| NOTFILED | Campion, Curran, Dunlop &Cunabaugh | 7100-000 | 605.50 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 99,974.45 | 105,727.57 | 105,727.57 | 17,547.78 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-81251  
**Case Name:** PERRY, JOSEPH C.  
PERRY, PENELOPE L.  
**Period Ending:** 02/20/12

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 03/25/11 (f)  
**§341(a) Meeting Date:** 05/02/11  
**Claims Bar Date:** 09/14/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1062 Suffolk Court, Gurnee, IL (See Footnote) | 191,956.00 | 84,816.40 | DA | 0.00 | FA |
| 2 | 111 Hacienda, Unit 502, South Padre, TX 78597 | 380,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | 115 E. Hibusicus, Unit 5, South Padre, TX 78597 (u) | 183,198.00 | 0.00 | DA | 0.00 | FA |
| 4 | 115 E. Hibusicus, Unit 6, South Padre, TX 78597 (u) | 183,198.00 | 0.00 | DA | 0.00 | FA |
| 5 | 1819 South Michigan Avenue, Chicago, IL 60616 | 225,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | 2607 Wyndsong Court, Crystal Lake, IL 60012 (u) | 500,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | 5035 Collingswood Blvd., Port Charlotte, FL | 337,668.00 | 0.00 | DA | 0.00 | FA |
| 8 | 5157 Latham Terrace, Port Charlotte, FL 33981 | 300,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | Cash on Hand | 500.00 | 0.00 | DA | 0.00 | FA |
| 10 | Checking Fifth Third Bank | 1,800.00 | 0.00 | DA | 0.00 | FA |
| 11 | Kitchen Table & Chairs, Dining Room Table & | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 12 | Everyday Wearing Apparel | 500.00 | 0.00 | DA | 0.00 | FA |
| 13 | Diamond Necklace | 200.00 | 0.00 | DA | 0.00 | FA |
| 14 | Ameriprise Achiever | 26,757.51 | 26,757.51 | DA | 0.00 | FA |
| 15 | Ameriprise | 33,183.43 | 33,183.43 | DA | 0.00 | FA |
| 16 | Charles Schwab | 48,021.10 | 48,021.10 | DA | 0.00 | FA |
| 17 | Janus | 2,044.23 | 2,044.23 | DA | 0.00 | FA |
| 18 | 2001 Chrysler Town & Country Minivan | 2,775.00 | 2,775.00 | DA | 0.00 | FA |
| 19 | 2004 Lexus ES 330 | 3,000.00 | 600.00 | DA | 0.00 | FA |
| 20 | 2006 Honda Civic | 6,500.00 | 3,100.00 | DA | 0.00 | FA |
| 21 | 2007 Ford Expedition | 21,450.00 | 10,990.00 | DA | 0.00 | FA |
| 22 | Chicagoland Finest Properties II, LLC Corder Fin | 0.00 | 0.00 | DA | 0.00 | FA |
| 23 | JPCDE, LLC (Dissolved in 2009) | 0.00 | 0.00 | DA | 0.00 | FA |
| 24 | Global Settlement - Non-Exempt Assets (u) | 0.00 | 25,000.00 | | 23,012.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.54 | FA |
| 25 | Assets Totals (Excluding unknown values) | $2,449,251.27 | $237,287.67 | | $23,012.54 | $0.00 |

RE PROP# 1  Debt in lieu 2010 - Foreclosed

Printed: 02/20/2012 02:57 PM  V.12.57

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 11-81251  
**Case Name:** PERRY, JOSEPH C.  
PERRY, PENELOPE L.  
**Period Ending:** 02/20/12

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 03/25/11 (f)  
**§341(a) Meeting Date:** 05/02/11  
**Claims Bar Date:** 09/14/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

    FINAL REPORT FILED.

**Initial Projected Date Of Final Report (TFR):**  June 30, 2012      **Current Projected Date Of Final Report (TFR):**  November 16, 2011  (Actual)

Printed: 02/20/2012 02:57 PM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-81251  
**Case Name:** PERRY, JOSEPH C.  
PERRY, PENELOPE L.  
**Taxpayer ID #:** **-***6468  
**Period Ending:** 02/20/12

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******46-65 - Money Market Account  
**Blanket Bond:** $606,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/23/11 | {24} | United States Treasury | Global Settlement/Turnover of Tax Refund | 1229-000 | 13,012.00 | | 13,012.00 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 13,012.02 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 12,987.02 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,987.12 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.68 | 12,960.44 |
| 10/27/11 | {24} | Joseph C. Perry | Final Pymt on Global Settlement | 1229-000 | 10,000.00 | | 22,960.44 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 22,960.55 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.74 | 22,934.81 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 22,934.99 |
| 12/21/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.13 | | 22,935.12 |
| 12/21/11 | | To Account #9200******4666 | Transfer for Final Distribution | 9999-000 | | 22,935.12 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 23,012.54 | 23,012.54 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 22,935.12 | |
| | | | **Subtotal** | | 23,012.54 | 77.42 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$23,012.54** | **$77.42** | |

{} Asset reference(s)

Printed: 02/20/2012 02:57 PM   V.12.57

Exhibit 9

## FORM 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 11-81251  
**Case Name:** PERRY, JOSEPH C.  
PERRY, PENELOPE L.  
**Taxpayer ID #:** **-***6468  
**Period Ending:** 02/20/12

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******46-66 - Checking Account  
**Blanket Bond:** $606,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/11 | | From Account #9200******4665 | Transfer for Final Distribution | 9999-000 | 22,935.12 | | 22,935.12 |
| 12/22/11 | 101 | BERNARD J. NATALE, LTD. | Dividend paid 100.00% on $18.62, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 18.62 | 22,916.50 |
| 12/22/11 | 102 | ATTY. BERNARD J. NATALE | Dividend paid 100.00% on $2,317.50, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 2,317.50 | 20,599.00 |
| 12/22/11 | 103 | BERNARD J. NATALE | Dividend paid 100.00% on $3,051.22, Trustee Compensation;  Reference: | 2100-000 | | 3,051.22 | 17,547.78 |
| 12/22/11 | 104 | Premier Credit Union | Distribution paid  16.59% on $2,660.97; Claim# 2U; Filed: $2,660.97; Reference: 5327 | 7100-000 | | 441.66 | 17,106.12 |
| 12/22/11 | 105 | Real Time Resolutions, Inc. | Distribution paid  16.59% on $25,644.42; Claim# 3; Filed: $25,644.42; Reference: 7654 | 7100-000 | | 4,256.24 | 12,849.88 |
| 12/22/11 | 106 | Capital One, N.A. | Distribution paid  16.59% on $239.19; Claim# 4; Filed: $239.19; Reference: 3502/KOHLS | 7100-000 | | 39.70 | 12,810.18 |
| 12/22/11 | 107 | Illinois Bell Telephone Co | Distribution paid  16.59% on $167.70; Claim# 10; Filed: $167.70; Reference: 3439 | 7100-000 | | 27.83 | 12,782.35 |
| 12/22/11 | 108 | Southwestern Bill Telephone Co | Distribution paid  16.59% on $139.78; Claim# 12; Filed: $139.78; Reference: 956 761 2683 971 | 7100-000 | | 23.20 | 12,759.15 |
| 12/22/11 | 109 | American Express Centurion Bank | Combined Check for Claims#7,9 | | | 139.88 | 12,619.27 |
| | | | Dividend paid  16.59%      85.66 on $516.11;  Claim# 7; Filed: $516.11; Reference: 3006 | 7100-000 | | | 12,619.27 |
| | | | Dividend paid  16.59%      54.22 on $326.67;  Claim# 9; Filed: $326.67; Reference: 4002 | 7100-000 | | | 12,619.27 |
| 12/22/11 | 110 | Chase Bank USA, N.A. | Combined Check for Claims#5,6 | | | 8,701.30 | 3,917.97 |
| | | | Dividend paid  16.59%     3,905.41 on $23,530.59;  Claim# 5; Filed: $23,530.59; Reference: 4433 | 7100-000 | | | 3,917.97 |
| | | | Dividend paid  16.59%     4,795.89 on $28,895.87;  Claim# 6; Filed: $28,895.87; Reference: 1093 | 7100-000 | | | 3,917.97 |
| 12/22/11 | 111 | PYOD LLC assignee of Citibank | Combined Check for Claims#11,13 | | | 3,917.97 | 0.00 |
| | | | Dividend paid  16.59%     2,821.26 | 7100-000 | | | 0.00 |

Subtotals :  $22,935.12   $22,935.12

{} Asset reference(s)                                                                                                                            Printed: 02/20/2012 02:57 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 11-81251  
**Case Name:** PERRY, JOSEPH C.  
PERRY, PENELOPE L.  
**Taxpayer ID #:** \*\*-\*\*\*6468  
**Period Ending:** 02/20/12  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-\*\*\*\*\*\*46-66 - Checking Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | on $16,998.45; Claim# 11; Filed: $16,998.45; Reference: 8672 | | | | |
| | | | Dividend paid 16.59%    1,096.71<br>on $6,607.82; Claim# 13; Filed: $6,607.82; Reference: 1436 | 7100-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | **22,935.12** | **22,935.12** | **$0.00** |
| | | | Less: Bank Transfers | | 22,935.12 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **22,935.12** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$22,935.12** | |

{} Asset reference(s)

Printed: 02/20/2012 02:57 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 11-81251  
**Case Name:** PERRY, JOSEPH C.  
PERRY, PENELOPE L.  
**Taxpayer ID #:** **-***6468  
**Period Ending:** 02/20/12

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******46-67 - Money Market Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******46-65** | 23,012.54 | 77.42 | 0.00 |
| **Checking # 9200-******46-66** | 0.00 | 22,935.12 | 0.00 |
| **MMA # 9200-******46-67** | 0.00 | 0.00 | 0.00 |
| | $23,012.54 | $23,012.54 | $0.00 |

{} Asset reference(s)               Printed: 02/20/2012 02:57 PM   V.12.57